```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

         -against-

MARC MUNSON, et al.,
                              Defendants.
------------------------------------------------------------X

S1 06 cr 143 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, November 3, 2006 at 2:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **November 3, 2006** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 25, 2006